IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / <br><br> This Order Relates To: <br><br> *M.H. v. Uber, Inc.*, <br> Case No. 3:23-cv-06200-CRB <br><br> *S.A. v. Uber, Inc.*, <br> Case No. 3:24-cv-02845-CRB <br><br> *Z.W. v. Uber, Inc.*, <br> Case No. 3:24-cv-02844-CRB <br><br> *K.H. v. Uber, Inc.*, <br> Case No. 3:24-cv-02840-CRB <br><br> *A.P. vs. Uber, Inc.*, <br> Case No. 3:23-cv-06357-CRB <br><br> *J.C. vs. Uber, Inc.*, <br> Case No. 3:24-cv-03965-CRB <br><br> *T.L. vs. Uber Inc.*, <br> Case No. 3:24-cv-03966-CRB <br><br> *K.R. vs. Uber, Inc.*, <br> Case No. 3:24-cv-06313-CRB <br><br> *J.B. v. Uber, Inc.*, <br> Case No. 3:23-cv-06692-CRB | MDL No. 3084 <br><br> **ORDER DISMISSING CASES WITHOUT PREJUDICE** <br><br> Re: Dkt. No. 1649, 1675, 1878, 2128, 2221, 2431, 2724, 2817 |

|   |   |
|---|---|
| 1 | *C.C. vs. Uber, Inc.*, |
| 2 | Case No. 3:24-cv-05962-CRB |
| 3 | *L.D. v. Uber, Inc.*, |
| 4 | Case No. 3:24-cv-05306-CRB |
| 5 | *J.H. v. Uber, Inc.*, |
| 6 | Case No. 3:24-cv-03441-CRB |
| 7 | *C.H. vs. Uber, Inc.*, |
| 8 | Case No. 3:24-cv-04363-CRB |
| 9 | *R.D. v. Uber, Inc.*, |
| 10 | Case No. 3:24-cv-05393-CRB |
| 11 | *J.K. v. Uber, Inc.*, Case No. 3:24-cv-05463-CRB |
| 12 | |
| 13 | *M.P. v. Uber, Inc.*, Case No. 3:24-cv-05688-CRB |
| 14 | *T.F. v. Uber, Inc.*, |
| 15 | Case No. 3:24-cv-05768-CRB |
| 16 | *A.O. v. Uber, Inc.*, |
| 17 | Case No. 3:24-cv-05717-CRB |
| 18 | *S.H. v. Uber, Inc.*, |
| 19 | Case No. 3:24-cv-07156-CRB |
| 20 | *B.S. v. Uber, Inc.*, |
| 21 | Case No. 3:24-cv-06948-CRB |
| 22 | *C.S. v. Uber, Inc.*, |
| 23 | Case No. 3:24-cv-06923-CRB |
| 24 | *Jane Doe EB 22 v. Uber, Inc.*, Case No. 3:24-cv-05245-CRB |
| 25 | |
| 26 | *Naccarato v. Uber, Inc.*, Case No. 3:24-cv-05312-CRB |
| 27 | |
| 28 | *Jane Doe EB 19 v. Uber, Inc.*, Case No. 3:24-cv-05217-CRB |

2

*Jane Doe EB 10 v. Uber, Inc.*,
Case No. 3:24-cv-05197-CRB

*K.B. v. Uber, Inc.*,
Case No. 3:24-cv-05719-CRB

*D.M.S. v. Uber, Inc.*,
Case No. 3:24-cv-05606-CRB

*C.A. v. Uber, Inc.*,
Case No. 3:24-cv-07553-CRB

*CLF J.T. v. Uber, Inc.*,
Case No. 3:25-cv-01043-CRB

Due to the failure by plaintiffs to file a notice indicating whether they intend to pursue their actions following the withdrawal of their counsel, the above-captioned cases are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2025

CHARLES R. BREYER
United States District Judge